**Order entered August 23, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00377-CR

### LARRY GIVENS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F18-75340-H**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief had not been filed. On August 23, 2019, appellant filed his brief and a motion to extend time to file the same. In the interest of expediting this appeal and because the trial court has not held a hearing, we **VACATE** that portion of our July 31, 2019 order requiring a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief filed as of the date of this order.

/s/     BILL PEDERSEN, III
         JUSTICE